The record before us shows the contempt proceedings against the applicant have been dismissed. For this reason, part of his complaint has become moot. Otherwise, the showing made by the applicant does not warrant the exercise of our supervisory jurisdiction.

249 So.2d 923

**STATE of Louisiana ex rel.**
**Walter HOWARD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51589.

July 6, 1971.

In re: Walter Howard applying for Writs of Certiorari and Habeas Corpus.

Writs refused. The ruling of the trial judge on the evidentiary hearing is correct.